1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

3

FILED

2007 JAN 10 P 3: 24

4

5

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S. J.

6

E-FILING

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

CR 07 00016 JF

PVT

12 | UNITED STATES OF AMERICA,                    )   No.  CR

13 |        Plaintiff,

14 |   v.

15 | BRYAN C. WAGNER,

16 |        Defendant.

17 | _____

)
)
)
)
)
)
)
)
)
)
)
)

VIOLATIONS: 18 U.S.C. § 371 -
Conspiracy to Commit Aggravated Identity
Theft; Wire Fraud; Unauthorized Computer
Access to Information; Falsely Represent
An Assigned Social Security Account
Number; Disclose and Use a Social Security
Number; 18 U.S.C. § 1028A - Aggravated
Identity Theft; 18 U.S.C. § 2 – Aiding and
Abetting

18 |

SAN JOSE VENUE

19

20 |        The United States Attorney charges:

21 |                          I N F O R M A T I O N

22 |        At all times relevant to this matter:

23 |                                Background

24 |              Hewlett-Packard

25 |        1.      Hewlett-Packard Development Company, L.P. ("HP"), was a technology

26 | company, with corporate headquarters located in Palo Alto, California.

27 |              Security Outsourcing Solutions

28 |        2.      Security Outsourcing Solutions ("SOS") was a security outsourcing and

INFORMATION
[Bryan C. Wagner]

1   consulting company, which was located in Boston, Massachusetts.

2       3.    SOS had provided investigative services to HP in the past. HP engaged the

3   services of SOS to assist in obtaining information used in two investigations conducted by HP,

4   ("the Kona I" and "Kona II" HP investigations), described more fully below.

5           Action Research Group

6       4.    Action Research Group ("ARG") was an information provider which was located

7   in Melbourne, Florida.

8       5.    SOS engaged the services of ARG to assist in obtaining information used in the

9   Kona I and Kona II HP investigations, described more fully below.

10          Defendant Wagner

11      6.    Defendant Bryan Wagner was a resident of Littleton, Colorado, and Omaha,

12  Nebraska. Defendant Wagner previously worked for ARG. ARG engaged the services of

13  defendant Wagner to assist with obtaining confidential and personal information for the Kona I

14  and Kona II HP investigations, described more fully below.

15          HP Kona Investigations

16      7.    HP and SOS officials commenced two HP investigations which they called

17  "Kona" or "Kona I," beginning in or about April 2005, and "Kona II," starting in or about

18  January 2006 (collectively "HP Kona Investigations"). One objective of the HP Kona

19  Investigations was to identify potential leaks from HP officials to news reporters. HP and SOS

20  officials pursued a number of avenues during the investigations, including but not limited to

21  requesting and obtaining confidential and personal information of subjects they targeted and

22  selected (collectively "HP Kona Subjects"). The HP Kona Subjects involved numerous

23  individuals, including but not limited to (1) HP board members, employees, and others affiliated

24  with HP; (2) the family members of the HP board members, employees, and others affiliated

25  with HP; (3) reporters of CNET, the Wall Street Journal, the New York Times, and Business

26  Week; and (4) the family members of these reporters.

27      8.    The confidential and personal information sought during the HP Kona

28  Investigations included but was not limited to the names; residential and business addresses;

INFORMATION
[Bryan C. Wagner]          2

1   residential, business and personal telephone numbers; dates of birth; social security numbers;

2   and confidential telephone records, including call logs, billing records, call registers and

3   subscriber information (collectively "confidential and personal information").

4        9.     The HP Kona Investigations pursued and used a number of means to obtain the

5   confidential and personal information of the HP Kona Subjects. For example, the co-

6   conspirators engaged in fraud and deceit, including but not limited to the misrepresentation of

7   identity to obtain the confidential and personal information belonging to others (sometimes

8   called "pretexting"). The co-conspirators also obtained and used the Social Security Numbers of

9   the HP Kona Subjects, without their knowledge or consent, to obtain further confidential

10   information, including telephone records.

11   <u>COUNT ONE</u>:     (18 U.S.C. § 371 - Conspiracy to Commit Aggravated Identity Theft; Wire
12        Fraud; Unauthorized Computer Access to Information; Falsely Represent
An Assigned Social Security Account Number; Disclose and Use a Social
Security Number)

13

14        10.     The allegations in paragraphs One through Nine are re-alleged and incorporated

15   herein as if set forth in full.

16        11.     Beginning at a time unknown, but not later than in or about April 2005, and

17   continuing thereafter up to and including through in or about September 2006, in the Northern

18   District of California, and elsewhere, the defendant,

19                  BRYAN C. WAGNER,

20   and others known and unknown to the United States, did knowingly agree, combine and conspire

21   to commit offenses against the United States, that is:

22        A.     To knowingly transfer, possess, and use, without lawful authority, a means of
identification of another person during and in relation to wire fraud (18 U.S.C. §
23        1343), and a violation of the Social Security Act (42 U.S.C. § 408), in violation of
Title 18, United States Code, Section 1028A;

24

25        B.     To knowingly devise and execute, and attempt to devise and execute, a scheme
and artifice to defraud, and for obtaining money and property of others, whose
identities are known and unknown to the United States, by means of material false
26        and fraudulent pretenses, representations, and promises, and for the purpose of
executing the scheme and artifice, transmitting or causing to be transmitted, by
27        means of wire communications in interstate commerce certain writings, signs,
signals, pictures, or sounds, in violation of Title 18, United States Code, Section
28        1343;

C.  To intentionally access a computer without authorization, and exceed authorized access, and thereby obtain information from any protected computer if the conduct involved an interstate or foreign communication, and attempt to do so, in violation of Title 18, United States Code, Sections 1030(a)(2)(C), 1030(b);

D.  With the intent to deceive, for the purpose of obtaining anything of value from any person, and for any other purpose, falsely represents a number to be the social security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him or to such other person, in violation of Title 42, United States Code, Section 408(a)(7);

E.  To knowingly disclose, use, and compel the disclosure of the Social Security Number of any person in violation of the laws of the United States, that is, wire fraud, and unauthorized computer access to information, in violation of 42 U.S.C. § 408(a)(8).

II.  MANNER AND MEANS OF THE CONSPIRACY

In furtherance of the conspiracy, the defendants, and others known and unknown to the United States, employed among others, the following manner and means:

12.  It was a part of the conspiracy that the conspirators selected and targeted the HP Kona Subjects, as potential leaks from HP officials to news reporters.

13.  It was further a part of the conspiracy that the conspirators collected the confidential and personal information belonging to the HP Kona Subjects. For example, as part of the conspiracy, the conspirators collected and obtained the Social Security Numbers of many of the HP Kona Subjects.

14.  It was further a part of the conspiracy that the conspirators provided the confidential and personal information of the HP Kona Subjects to one another and others for the purpose of obtaining additional confidential and personal information of the HP Kona Subjects.

15.  It was further a part of the conspiracy that the conspirators engaged in fraud and deceit to obtain additional confidential and personal information of the HP Kona Subjects, including the misrepresentation of identity to obtain information belonging to others.

16.  It was further a part of the conspiracy that the conspirators transmitted confidential and personal information (including the social security numbers) of HP Kona Subjects to others as part of the HP Kona Investigations.

17.  It was further a part of the conspiracy that the conspirators used email accounts

INFORMATION
[Bryan C. Wagner]

4

1 | and interstate telephone calls to communicate with one another concerning the conspiracy,

2 | including with individuals in Palo Alto, California; Boston, Massachusetts; Melbourne, Florida;

3 | Omaha, Nebraska, and other locations.

4 |     18.    It was further a part of the conspiracy that the conspirators used e-mail accounts,

5 | including with Yahoo and Hotmail, to establish the online account access for the telephone

6 | services of HP Kona Subjects.

7 |     19.    It was further a part of the conspiracy that the conspirators prepared Project Kona

8 | Reports and other presentations concerning the nature and status of the HP Kona Investigations.

9 | III.    <u>OVERT ACTS</u>

10 |     20.    In furtherance of the conspiracy, and to effectuate its objects, defendant BRYAN

11 | C. WAGNER committed overt acts, in the Northern District of California, and elsewhere,

12 | including but not limited to:

13 |     a.    On or about March 8, 2006, defendant  BRYAN C. WAGNER established

14 | an online account for the local telephone service of Reporter Number One known to the United

15 | States, by using the social security number of the reporter.  The telephone record information

16 | was requested by other co-conspirators.  The social security number of the reporter was provided

17 | to defendant  BRYAN C. WAGNER by other co-conspirators.

18 |     b.    On or about March 8, 2006, defendant  BRYAN C. WAGNER used an e-

19 | mail account, mike@yahoo.com, to establish the account for the telephone service of the

20 | reporter.

21 |     c.    On or about March 8, 2006, defendant  BRYAN C. WAGNER accessed

22 | the online account of Reporter Number One and obtained the reporter's telephone records.

23 |     d.    On or about March 8, 2006, defendant  BRYAN C. WAGNER provided

24 | the telephone records of the reporter to other co-conspirators.

25 | All in violation of Title 18, United States Code, Section 371.

26 | // // //

27 | // // //

28 | // // //

INFORMATION
[Bryan C. Wagner]          5

1    COUNT TWO: (18 U.S.C. §§ 1028A and 2 - Aggravated Identity Theft; Aiding and Abetting)

2          21.      Paragraphs One through Nine are realleged and incorporated as if fully set forth

3    below.

4          22.      On or about March 8, 2006, in the Northern District of California and elsewhere,

5    defendant,

6                                   BRYAN C. WAGNER,

7    knowingly and without lawful authority transferred, possessed and used a means of identification

8    of another person, that is, the Social Security Numbers and other identification information of

9    other persons, whose identities are known and unknown to the United States, during and in

10   relation to wire fraud (18 U.S.C. § 1343), and in violation of the Social Security Act (42 U.S.C.

11   § 408).

12       All in violation of Title 18, United States Code, Sections 1028A and 2.

13   Dated: January 10, 2007                          KEVIN V. RYAN
                                                       United States Attorney

14

15

16                                                     MATTHEW A. PARRELLA
                                                       Chief, San Jose Branch

17

18   (Approved as to form: _____)
                                  AUSA MARK L. KROTOSKI

19

20

21

22

23

24

25

26

27

28

INFORMATION                                    6
[Bryan C. Wagner]

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT

☐ SUPERSEDING

---OFFENSE CHARGED---

Please see attached

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

Please see attached

*E-FILING*

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

---DEFENDANT - U.S.---

▶ BRYAN C. WAGNER, a/k/a Mike@yahoo.com

2007 JAN 10 P 3: 24

DISTRICT COURT NUMBER

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA, S.J

CR 07 00016 JF

PVT

---DEFENDANT---

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
FBI - DANA MARINO AND CHRISTOPHER R. HAUSER

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y ☐ Defense } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) MARK L. KROTOSKI

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____

Before Judge: _____

Comments:

## Attachment Penalty Sheet for
## <u>United States v. Bryan C. Wagner</u>

**<u>Count One:</u>**  Conspiracy (18 U.S.C. § 371)

        Penalty:      Maximum 5 years imprisonment;
                              Maximum $250,000 or twice the value of the property involved in the transaction, whichever is greater;
                              Maximum 3 years supervised release;
                              Mandatory $100 Special Assessment.

**<u>Count Two:</u>**  Aggravated Identity Theft, and Aiding and Abetting(18 U.S.C. §§ 1028A and 2)

        Penalty:      Mandatory Minimum 2 years imprisonment;
                              Maximum $250,000 or twice the value of the property involved in the transaction, whichever is greater;
                              Maximum 2 years supervised release;
                              Mandatory $100 Special Assessment.