\*\*E-filed 1/16/07\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYAN WAGNER,<br><br>    Defendant. | Case Number CR-07-00016-JF<br><br>SEALING ORDER |

Having reviewed the submissions of the parties, and having found that there is a compelling interest in maintaining the confidentiality of the Plea Agreement entered into by Defendant on January 12, 2007 that outweighs the public interest in disclosure of the Plea Agreement, IT IS HEREBY ORDERED that the Plea Agreement remain under seal.

DATED:  1/16/07

_____
JEREMY FOGEL
United States District Judge

Case No. CR-07-00016-JF
SEALING ORDER
(JFLC2)