# UNITED STATES DISTRICT COURT FILED

NORTHERN DISTRICT OF CALIFORNIA

JAN 12 2007

oOo

CLERK
NORTHERN ... CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

BRYAN C. WAGNER

CASE NUMBER: CR 07-00016-JF

    I, BRYAN C. WAGNER, the above named defendant, who is accused of (1) Conspiracy to Commit (a) Aggravated Identity Theft; (b) Wire Fraud; (c) Unauthorized Computer Access to Information; (d) Falsely Represent An Assigned Social Security Account Number; and (e) Disclose and Use a Social Security Number, in violation of 18 U.S.C. 371; and (2) Aggravated Identity Theft, and aiding and abetting, in violation of 18 U.S.C. §§ 1028A and 2, being advised of the nature of the charges, the proposed Superseding Information, and of my rights, hereby waive in open court on January 12, 2007, prosecution by indictment and consent that the proceeding may be by information rather than by indictment. I also agree to waive venue, if necessary, based on the charges filed in this case.

BRYAN C. WAGNER
*Defendant*

STEPHEN P. NARATIL
*Counsel for Defendant*

Before

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE