# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, January 12, 2007
**Case Number:** CR-07-00016-JF/PVT
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

TITLE:      **UNITED STATES OF AMERICA V. BRYAN WAGNER**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Bryan Wagner |
| Attorneys Present: Mark Krotoski | Attorneys Present: Stephen Naratil |

PROCEEDINGS:

Disposition hearing held.  Counsel and defendant are present.
Defendant waives arraignment on the Information.
Defendant pleads guilty to Counts 1 and 2 of the Information.
Continued to 6/20/07 at 9:00 a.m. for judgment and sentencing.
Defendant's request to seal the plea agreement remains pending.