1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5035
   FAX: (408) 535-5081
6

7  Attorneys for Plaintiff

FILED
JAN 12 2007
CLERK
NORTHERN ... CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BRYAN C. WAGNER,  )<br>  )<br>Defendant.  )<br>_____ ) | No. CR 07-00016 JF<br><br>APPLICATION AUTHORIZING THE CLERK'S OFFICE TO RELEASE SEALED DOCUMENTS TO LEGAL ASSISTANT OF UNITED STATES ATTORNEY'S OFFICE<br>[PROPOSED] ORDER |

18    The United States of America, by and through Assistant United States Attorney Mark L.
19  Krotoski, hereby applies for an order authorizing the Clerk's office to release any sealed
20  documents in the above-entitled matter to legal assistant of the United States Attorney's Office
21  and the Office of Defense Counsel Stephen P. Naratil. Recent documents were filed under seal
22  by the Court and agreement of the parties, and the U.S. Attorney's Office and defense counsel
23  needs to obtain copies of these documents for probation, the investigation, and other purposes.
24  The Clerk's office has indicated that an Order of the Court is necessary to release the documents
25  to legal assistants of the United States Attorney's Office. For this reason, the parties
26  //
27  //
28

APPLICATION AND PROPOSED ORDER
CR 07-00016 JF

respectfully requests that the Clerk's Office be authorized to release copies of any documents in this case to Legal Assistant Kathy Huynh, or Legal Assistant of the U.S. Attorney's Office and any Legal Assistant from defense counsel.

DATED: January 12, 2007

Respectfully Submitted,

KEVIN V. RYAN
United States Attorney

_____
MARK L. KROTOSKI
Assistant United States Attorney

_____
STEPHEN P. NARATIL
Attorney for Defendant WAGNER

It is so ORDERED.

DATED: January 12, 2007

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

APPLICATION AND PROPOSED ORDER
CR 07-00016 JF