**E-filed 5/31/07**

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00016-JF |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| BRYAN C. WAGNER, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed between defendant Bryan C. Wagner, by and through his counsel of record, Stephen P. Naratil, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on June 20, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply. The defendant also is scheduling a presentence interview with probation.

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 07-00016-JF

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from June 20, 2007 at 9:00 a.m. to October 3, 2007 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: May 29, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: May 29, 2007

/s/
_____
STEPHEN P. NARATIL
Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from June 20, 2007 at 9:00 a.m. to October 3, 2007 at 9:00 a.m.

Dated: May 31, 2007

_____
JEREMY FOGEL
United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Distribute To: |
| 3 | Stephen P. Naratil<br>Managing Partner<br>Summit Defense |
| 4 | 601 First Street<br>Suite 250B |
| 5 | Benicia, CA 94510<br>FAX (707) 361-9028 |
| 6 | |
| 7 | Mark L. Krotoski<br>AUSA |
| 8 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 9 | Ben Flores<br>U.S. Probation Officer |
| 10 | 280 South First Street<br>San Jose, CA 95113 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 07-00016-JF                          Page 3 of  3