| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | RICHARD C. CHENG (CSBN 135992)<br>Assistant U. S. Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, 9th Floor<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5032<br>Fax: (408) 535-5066<br>e-mail: richard.cheng@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. CR 07-00016-JF |
| Plaintiff, | ) | |
| | ) | STIPULATION OF PARTIES |
| | ) | FOR CONTINUANCE OF |
| v. | ) | SENTENCING HEARING |
| | ) | AND [PROPOSED] ORDER |
| BRYAN C. WAGNER, | ) | |
| | ) | San Jose Venue |
| Defendant. | ) | |
| | ) | |

With the agreement of the parties, and with the consent of the defendant Bryan C. Wagner, the Court enters this order (1) vacating the sentencing hearing for the defendant Bryan C. Wagner, now set for February 16, 2010 at 9:00 a.m.; (2) setting a new sentencing hearing for the defendant Bryan C. Wagner for June 24, 2010 at 9:00 a.m.; and (3) ordering that this pleading be filed under seal until further order of the Court. The parties agree, and the Court finds and holds, as follows:

1. The defendant Bryan C. Wagner entered his pleas of guilty to conspiracy to commit (a) Aggravated Identity Theft; (b) Wire Fraud; ( c ) Unauthorized Computer Access To Information; (d) Falsely Represent An Assigned Social Security Number; and (e) Disclose and Use a Social Security Number , in violation of 18 U.S.C. § 371;

1 | and Aggravated Identity Theft and Aiding and Abetting, in violation of 18 U.S.C.,
2 | §§ 1028A and 2. The guilty pleas were entered on January 12, 2007 pursuant to a
3 | cooperation plea agreement with the Government.

4 | 2. The defendant Bryan C. Wagner has been interviewed by agents of the Federal
5 | Bureau of Investigation, and continues to cooperate with the Government. He is
6 | currently scheduled to testify before the grand jury empaneled to investigate this
7 | matter and those who may have conspired with Wagner to violate the law. The
8 | United States believes that it may take several months in order for the defendant's
9 | cooperation to be completed and for the United States to assess the value, if any,
10 | of that cooperation.

11 | 3. Most recently, information provided by Wagner has been instrumental in
12 | discussions of settlement with the owners and operators of the private investigative
13 | services company for which Wagner was previously employed, and was contracted
14 | to carry out the pre-texting of cellular telephone companies of persons investigated
15 | by in this case. A disposition of that matte and the potential charging decision of
16 | others related to this investigation are forthcoming. Therefore a further
17 | continuance of this sentencing is necessary.

SO STIPULATED.                          JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: 02-12-2010                       _____/S/_____
                                        RICHARD C. CHENG
                                        Assistant U.S. Attorney

DATED: 02-12-2010                       _____/S/_____
                                        STEPHEN P. NARATIL
                                        Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. CR 07-00016-JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN C. WAGNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons stated in the parties Stipulation To Continue Sentencing, and for good cause shown, the Court vacates the February 16, 2010 sentencing date with respect to the defendant Bryan C. Wagner, and sets a new sentencing date of June 24, 2010, at 9:00 a.m..

DATED: 2/16/10

_____
HON. JEREMY FOGEL
United States District Judge