## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Setting Judgment and Sentencing Hearing, September 9, 2010    Time: 1 min
**Case Number:** CR-07-00016-JF/PVT
**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

TITLE:    **UNITED STATES OF AMERICA V. BRYAN WAGNER**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Bryan Wagner |
| **Attorneys Present:** Richard Cheng | **Attorneys Present:** Stephen Naratil |

---

PROCEEDINGS:
   Setting judgment and sentencing hearing held.  Counsel are present.  Defendant's appearance is waived.  Continued to 1/27/11 at 9:00 a.m. for judgment and sentencing.