| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Criminal Chief |
| 4 | MICHELLE J. KANE (CABN 210579)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Tel: (510) 637-6380<br>Fax: (510 637-3724 |
| 8 | E-Mail: michelle.kane3@usdoj.gov |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00016 DLJ |
| Plaintiff, | ) ) | STIPULATION AND [] |
| v. | ) ) | ORDER CONTINUING STATUS CONFERENCE. |
| BRYAN C. WAGNER, | ) ) | |
| Defendant. | ) ) | |

The defendant, Bryan Wagner, and the government together respectfully stipulate as follows:

1. A status conference is currently scheduled in this matter on April 19, 2012, at 9:00 a.m.;

2. The defendant entered his pleas of guilty to conspiracy to commit (a) Aggravated Identity Theft; (b) Wire Fraud; ( c ) Unauthorized Computer Access To Information; (d) Falsely Represent An Assigned Social Security Number; and (e) Disclose and Use a Social Security Number , in violation of 18 U.S.C. § 371; and Aggravated Identity Theft and Aiding and Abetting, in violation of 18 U.S.C. §§ 1028A and 2. The guilty pleas were entered on January 12, 2007;

3. New counsel for defendant was appointed on February 21, 2012, and new counsel for the United States appeared by filing a notice of substitution on April 13, 2012. New counsel

STIPULATION AND
[] ORDER

1  for the United States is not available for the previously-set April 19, 2012, status
2  conference and counsel for both parties will be in trial preparation or trial in other matters
3  for the following three weeks.
4  Accordingly, the parties together request a continuance of the status conference to enable
5  both new counsel to review the records and discuss the case. The parties therefore request that
6  the Court set the matter a status conference on May 17, 2012, at 9:00 a.m.
7  IT IS SO STIPULATED.

9  Dated: April 16, 2012                              /s/
10                                                    CYNTHIA LIE
                                                      Counsel for Defendant

12  Dated: April 16, 2012                             MELINDA HAAG
                                                      United States Attorney

15                                                    /s/
                                                      MICHELLE J. KANE
                                                      Assistant United States Attorney

18                                    ORDER

19  The Court grants the continuance and sets a status conference in this matter for May 17,
20  2012, at 9:00 a.m.
21  IT IS SO ORDERED.

23  Dated: _____, 2012

                                                      D. LOWELL JENSEN
                                                      United States District Judge

STIPULATION AND
[] ORDER                                     2