IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00016 DLJ |
| Plaintiff, | ) ) | [] ORDER CONTINUING SENTENCING HEARING |
| vs. | ) ) | |
| BRYAN C. WAGNER, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for Thursday, September 13, 2012, shall be continued to Thursday, November 1, 2012, at 10:00 a.m.

Dated: _____, 2012

_____
THE HON. D. LOWELL JENSEN
United States District Judge

[] Order Continuing Hearing
CR07-00016 DLJ                              1