**FILED**

DEC - 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00016 DLJ (PSG) |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER DIRECTING UNITED STATES MARSHAL SERVICE TO PAY DEFENDANT'S TRAVEL COST TO AND FROM DECEMBER 13, 2012, HEARING |
| v. | ) | |
| BRYAN WAGNER, | ) | |
| Defendant. | ) | |

In accord with 18 U.S.C. § 4285, and upon application of the defendant Bryan Wagner, by and through counsel, the Court is satisfied that the defendant is financially unable to pay the cost of his travel from Evergreen, Colorado, to San Jose, California, in order to attend his court appearance on December 13, 2012, at 10:00 a.m. set before the Hon. Ronald M. Whyte.

Accordingly, IT IS HEREBY ORDERED that the United States Marshals Service is directed to provide the defendant's non-custodial transportation from Denver International Airport to San Jose International Airport to attend the hearing set for December 13, 2012, at 10:00 a.m., as well as the defendant's return travel on the same day or as soon as practicable as determined by return flight availability.

IT IS SO ORDERED.

Date: 12/4/12

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge

No. CR 07-00016 DLJ (PSG)
[Proposed] Order                                1